# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–14201 – RAG**   Chapter: **13**

**Kalid Johnson Sr. and**
**Maryland L. Johnson**
Debtors

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 13 Voluntary Petition Individual Filed by Kalid Johnson Sr., Maryland L. Johnson . Government Proof of Claim due by 9/25/2019. Chapter 13 Plan and Certificate of Service due by 4/12/2019. Schedules A/B–J due 4/12/2019. Declaration for Schedules due 4/12/2019. Statement of Financial Affairs due 4/12/2019. Summary of Assets and Liabilities due 4/12/2019.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 4/12/2019 Incomplete Filings due 4/12/2019 Section 521(i)(1) Incomplete Filing date: 5/13/2019. (Brown, Calton)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/15/19.**

**Form Incomplete.**

CURE: Please file an amended Voluntary Petition for Individuals Filing for Bankruptcy [Official Form 101] completing (page 8) in its entirety providing a Certificate of Service.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 4/1/19

                                            Mark A. Neal, Clerk of Court
                                            by Deputy Clerk, Calton Brown
                                            (301) 344–0407

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)