# UNITED STATES BANKRUPTCY COURT OF MARYLAND

**Kalid Johnson, Sr**
**Maryland L. Johnson**
**(debtors)**

                                **Chapter 13**
                                **Case#19-14201**

## REQUEST FOR EXTENSION OF TIME TO FILE SCHEDULES AND CHAPTER 13 PLAN

Dear Your Honor,

Debtors in this case are attempting to prepare the schedules and their chapter 13 plan and request a brief extension of time to file with this court. We would request until April 24th, 2019, to file our schedules and plan. We would be prejudiced if the Court denied the brief request. We are filing this request in good faith and not to delay these proceedings.

Respectfully,

_/s/ Kalid Johnson_
Kalid Johnson, Sr.

_/s/ Maryland L. Johnson_
Maryland L. Johnson

*FILED 2019 APR 12 PM 12:00 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE*

Richard Drury
1504 E Joppa Road
Towson, MD 21286

Bernice West Johnson
3210 Lanham Drive
Abingdon, MD 21009

Christian Schmidit
Silverman Theologu LLP
11200 Rockville Pike
Suite 520
North Bethesda, MD 20852

BMW Financial Services
ATTN: Customer Correspondence
P.O. BOX 3608
Dublin, OH 43016-0306

Northwest Federal Credit Union
P.O. Box 1229
Herndon, VA 20172-1229

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119

State Employees Credit Union
971 Corporate Blvd
Linthicum, MD 21090

Capital One Bank
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One/Helzberg Diamond
Attn: General Correspondence
P.O. Box 30253
Salt Lake City, UT 84130

Santander Consumer Services
P.O. Box 961245
Fort Worth, TX 76161-1245

Baltimore Gas and Electric
PO Box 1475
Baltimore, MD 21203

Baltimore County Office of OCS
Support Enforcement Dept

Hillsboro, OR 97124

Central Collection Unit
300 West Preston Street
Baltimore, MD 21201

MVA
Insurance Lapse Division
6601 Ritchie Highway NE
Glen Burnie, MD 21062

Verizon Wireless Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Sprint
Attent: Bankruptcy Servicing
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park KS 66251-4300

Remax Advantage Realty
6021 University Blvd
Suite 250
Ellicot City, MD 21043

Respectfully,

_____
Kalid Johnson, Sr.

## CERTIFICATE OF SERVICE
A copy of this Request for Extension was mailed to all creditors on April 12, 2019, by first-class mail.

Barclays Bank Delaware
P.O. Box 8801
Wilmington, DE 19899-8801

Alicia A. Hilger, Esq.
Glasser and Glasser P.C.
580 E Main Street, Suite 600
Norfolk, VA 23510

Aberdeen Proving Ground Credit
PO Box 1176
Aberdeen, MD 21001

Municipal Employees Credit Union
One South Street 14th Floor
Baltimore, Maryland 21202

William Schoeberlein
Cohn Goldberg Deutsch LLC
600 Baltimore Avenue
Baltimore, MD 21204

Director Office of Budgeting
Dafne Sollon, Esq
400 Washington Avenue Rm 150
Towson, MD 21204

Point Breeze Federal Credit Union
2 Philadelphia Court
Baltimore, MD 21237

Richard Gross, Esq
17 West Pennsylvania Ave
Suite 402
Towson, MD 21204

Diane S. Rosenberg, Esq
4340 East West Highway
Suite 600
Bethesda, MD 20814

Constant Friendship HOA, Inc
C/o Aspen Property Management
PO Box 858
Elkton, MD 21922

PO Box 17286
Baltimore, MD 21297

Steven Markow DDS PC
5310 Old Court Road, Suite 202
Randallstown, MD 21133

Bruce Friedman
400 Redland Ct. St 212
Owings Mills, MD 21133

Internal Revenue Services
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Comptroller of Treasury Maryland
80 Calvert Street
P.O. Box 466
Annapolis, MD 21404

Synchrony Bank/Walmart
Attention: Bankruptcy Dept
Po Box 965061
Orlando, FL 32896-5061

Macys Department Stores National Bank
701 E 60th St N
Sioux Falls, SD 57104

Universal Payment Corp
931 Penn Avenue
Pittsburg, PA 15222

Timepayment Corp
16 NE Executive Office Park
Suite 200
Burlington, MA 01803

R&R Professional Recovery
DR Prasad Challagulla Valley
1498 Reisterstown RD
Suite 103
Pikesville, MD 21208

Comnity Bank/NY and CO
PO Box 182789
Columbus, Ohio 43218

Volkswagen Credit Inc
22823 NW Bennett St